IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

        v.                            CASE NO. 4:23-mj-62   (MSH)

ERIC ESTRADA

---

THE UNITED STATES ATTORNEY CHARGES:

## COUNT I

That on or about August 23, 2022, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, ERIC ESTRADA, did unlawfully remove ammunition cans from Building 9032; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 16-8-2.

PETER D. LEARY
UNITED STATES ATTORNEY

/s/ Andres R. Jimenez
ANDRES R. JIMENEZ
Special Assistant United States Attorney
Office of the Staff Judge Advocate
6930 Morrison Avenue, Building 130
Fort Benning, Georgia 31905
(706) 626-1359
andres.r.jimenez4.mil@army.mil